≈AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

John Denaro

v.

United States of America

**APPEARANCE**

Case Number:    05-CV-10432-RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 06/06/05 | *[signature]* |
| Date | Signature |

Maureen Hogan
Print Name                               Bar Number

U.S. Attorney's Office, One Courthouse Way, #9200
Address

Boston          MA     02210
City                       State            Zip Code

(617) 748-3106       (617) 748-3358
Phone Number                          Fax Number