**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


JOHN DENARO
                    **Petitioner**

                                                        **CIVIL ACTION**

        **V.**
                                                        **NO.   05CV10432-RWZ**

UNITED STATES OF AMERICA
                    **Respondent**


**ORDER OF DISMISSAL**


ZOBEL,  D. J.


In accordance with the Court's Order dated    **11/7/05** summarily

dismissing this petition for writ of habeas corpus under 28 U.S.C. §2255, it is

hereby ORDERED that the above-entitled action be and hereby is dismissed.


                                        **By the Court,**


    **11/8/05**                            **s/ Lisa A. Urso**
    **Date**                                **Deputy Clerk**